UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL PANTOJA, | Case No. 2:25-cv-06971-MWC-MAR |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| B. BIRKHOLTZ, WARDEN, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DISMISSING** this action without prejudice.

Dated:  February 23, 2026

_Michelle W Court_

HONORABLE MICHELLE WILLIAMS COURT
United States District Judge