JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL PANTOJA,<br><br>             Petitioner,<br><br>        v.<br><br>B. BIRKHOLTZ, WARDEN,<br><br>             Defendant. | Case No. 2:25-cv-06971-MWC-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  February 23, 2026

_Michelle W Court_

HONORABLE MICHELLE WILLIAMS C̄URT
United States District Judge